FORM B6A (Official Form 6A) (12/07)

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ ,          Case No._____
          Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | **TOTAL $** | _0.00_ | |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re **Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne** ,    Case No. _____
_____                         (if known)
           Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | C | $10.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking - Vista Credit Union*<br>*Location: In debtor's possession* | C | $300.00 |
| | | *Savings Account, Wells Fargo - Debtor is Trustee only*<br>*Location: In debtor's possession* | | $0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Mis. Household Items*<br>*Location: In debtor's possession* | C | $1,850.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Clothing*<br>*Location: In debtor's possession* | C | $1,000.00 |
| 7.  Furs and jewelry. | | *Wedding Ring*<br>*Location: In debtor's possession* | C | $2,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | *Hobby Equipment*<br>*Location: In debtor's possession* | C | $2,000.00 |

B6B (Official Form 6B) (12/07)

In re **Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne** ,     Case No. _____
                     Debtor(s)                                                                    (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k)<br>Location: In debtor's possession | C | $3,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07)

In re <u>Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne</u> ,    Case No. _____
                        Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *Chevy, Silverado HD 2500, 2004*<br>*Location: In debtor's possession* | C | $16,375.00 |
| | | *Trailer - Holiday Rambler, Next Level, 2006*<br>*Location: In debtor's possession* | C | $11,970.00 |
| 26. Boats, motors, and accessories. | | *Boat, Carrera 1997, 257 Effect - No Motor/No Drivetrain*<br>*Location: In debtor's possession* | | $100.00 |
| | | *Harley Davidson, FLHX, 2012*<br>*Location: In debtor's possession* | C | $19,499.00 |
| | | *Honda, 450X, 2005*<br>*Location: In debtor's possession* | C | $2,210.00 |
| | | *Suzuki, Samarai, 1986*<br>*Location: In debtor's possession* | C | $250.00 |
| | | *Yamaha Rhino 2006*<br>*Location: In debtor's possession* | | $2,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Page __3__ of __4__

B6B (Official Form 6B) (12/07)

In re **Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne** ,          Case No. _____
                                    Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**Total** ➡          $63,064.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re **_Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_** ,        Case No. _____
                    Debtor(s)                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *Calif. C.C.P. §703.140(b)(5)* | $ 10.00 | $ 10.00 |
| *Checking account - Visterra Credit Union* | *Calif. C.C.P. §703.140(b)(5)* | $ 300.00 | $ 300.00 |
| *Misc. Household Items* | *Calif. C.C.P. §703.140(b)(3)* | $ 1,850.00 | $ 1,850.00 |
| *Clothing* | *Calif. C.C.P. §703.140(b)(3)* | $ 1,000.00 | $ 1,000.00 |
| *Jewelry - Wedding Ring* | *Calif. C.C.P. §703.140(b)(4)* | $ 1,425.00 | $ 2,000.00 |
|  | *Calif. C.C.P. §703.140(b)(5)* | $ 575.00 |  |
| *Misc. Sporting Equipment* | *Calif. C.C.P. §703.140(b)(5)* | $ 2,000.00 | $ 2,000.00 |
| *401(k)* | *Calif. C.C.P. §703.140(b)(10)(E)* | $ 3,000.00 | $ 3,000.00 |
| *Chevy, Silverado HD 2500, 2004* | *Calif. C.C.P. §703.140(b)(2)* | $ 1,064.00 | $ 16,375.00 |
|  | *Calif. C.C.P. §703.140(b)(5)* | $ 15,311.00 |  |
| *Honda, 450X, 2005* | *Calif. C.C.P. §703.140(b)(2)* | $ 2,210.00 | $ 2,210.00 |
| *Suzuki, Samarai Body, 1986 - Non-Operational* | *Calif. C.C.P. §703.140(b)(2)* | $ 251.00 | $ 250.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re **Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne** ,    Case No._____
        **Debtor(s)**    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *0001* <br><br> *Creditor # : 1* <br> *Arrowhead Central Cr Union* <br> *421 North Sierra Way* <br> *San Bernardino CA 92410* | W | *01/2006* <br><br> *Trailer - Holiday Rambler, Next Level, 2006* <br><br> Value: *$ 11,970.00* | | | | *$ 29,155.00* | *$ 17,185.00* |
| Account No: *2646* <br><br> *Creditor # : 2* <br> *GECRB/yamaha* <br> *900 Concourse Drive* <br> *Rapid City SD 57703* | W | *02/2006* <br><br> *Yamaha Rhino 2006* <br><br> Value: *$ 2,500.00* | | | | *$ 6,213.00* | *$ 3,713.00* |

<u>1</u>    continuation sheets attached

Subtotal $ (Total of this page)    *$ 35,368.00*    *$ 20,898.00*

Total $ (Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne ____ ,    Case No. _____
                                    **Debtor(s)**                                                           (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *0633*<br><br>*Creditor # : 3*<br>*Harley Davidson Credit Corp*<br>*Dept 15129*<br>*Palatine IL 60055* | H | *07/2012*<br><br>*Auto Loan*<br><br>*Harley Davidson, FLHX, 2012*<br><br>Value: *$ 19,499.00* | | | | *$ 22,111.77* | *$ 2,612.77* |
| Account No: *0355*<br><br>*Creditor # : 4*<br>*Keybank USA*<br>*127 Public SQ*<br>*Cleveland OH 44114* | H | *08/1997*<br><br>*Boat Loan*<br><br>*Boat, Carrera 1997*<br><br>Value: *$ 100.00* | | | | *$ 15,756.00* | *$ 15,656.00* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1  of  1   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | $ 37,867.77 | $ 18,268.77 |
| Total $<br>(Use only on last page) | $ 73,235.77 | $ 39,166.77 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re **Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne** ,    Case No._____
**Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ ,        Case No. _____

    **Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _4127_<br>Creditor # : 1<br>AAC- CITI Bank<br>Po Box 6241<br>Sioux Falls SD 57117 | | W | 03/2010<br>Collection Dep/Agency/Attorney | | | | $ 7,387.00 |
| Account No: _6481_<br>Creditor # : 2<br>Advanta Bank Corp<br>PO Box 844<br>Spring House PA 19477 | | H | 02/1998<br>Business Credit Card | | | | $ 8,215.00 |
| Account No: _3710_<br>Creditor # : 3<br>AFNI, Inc<br>PO BOX 3097<br>Bloomington IL 61702 | | H | 03/2012<br>Collection Dep/Agency/Attorney | | | | $ 1,187.00 |

_12_ continuation sheets attached

Subtotal $        $ 16,789.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ ,    Case No. _____
          **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  36 <br> Creditor # : 4 <br> Alpine Pure Water <br> 212 Alpine Rd <br> West Palm Beach FL 33405 | | C | 04/2011 | | | | $ 461.00 |
| Account No:  287 <br> Creditor # : 5 <br> American Capital Ent <br> 27919 Jefferson Avenue <br> Temecula CA 92590 | | W | 09/2011 <br> Medical Bills | | | | $ 124.00 |
| Account No:  287 <br> Creditor # : 6 <br> American Capital Ent <br> 27919 Jefferson Avenue <br> Temecula CA 92590 | | W | 09/2011 <br> Medical Bills | | | | $ 124.00 |
| Account No:  287 <br> Creditor # : 7 <br> American Capital Ent <br> 27919 Jefferson Avenue <br> Temecula CA 92590 | | W | 09/2011 <br> Medical Bills | | | | $ 47.00 |
| Account No:  287 <br> Creditor # : 8 <br> American Capital Ent <br> 27919 Jefferson Avenue <br> Temecula CA 92590 | | W | 09/2011 <br> Medical Bills | | | | $ 65.00 |

Sheet No.  _1_  of  _12_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 821.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  *Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne*  ,        Case No. _____
                **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    287<br>*Creditor # : 9*<br>*American Capital Ent*<br>*27919 Jefferson Avenue*<br>*Temecula CA 92590* | W | *09/2011*<br>*Medical Bills* | | | | $ 163.00 |
| Account No:    287<br>*Creditor # : 10*<br>*American Capital Ent*<br>*27919 Jefferson Avenue*<br>*Temecula CA 92590* | W | *09/2011*<br>*Medical Bills* | | | | $ 202.00 |
| Account No:    287<br>*Creditor # : 11*<br>*American Capital Ent*<br>*27919 Jefferson Avenue*<br>*Suite*<br>*Temecula CA 92590* | W | *09/2011*<br>*Medical Bills* | | | | $ 240.00 |
| Account No:    1437<br>*Creditor # : 12*<br>*American Express Blue*<br>*PO Box 297871*<br>*Fort Lauderdale FL 33329* | W | *12/2000*<br>*Collection Dep/Agency/Attorney* | | | | $ 16,306.00 |
| Account No:    7722<br>*Creditor # : 13*<br>*American Express Blue*<br>*PO Box 297871*<br>*Fort Lauderdale FL 33329* | H | *12/1995*<br>*Collection Dep/Agency/Attorney* | | | | $ 1,278.00 |

Sheet No.   _2_  of   _12_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 18,189.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ ,    Case No. _____

                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   0661<br><br>Creditor # : 14<br>American Express Blue<br>PO Box 297871<br>Fort Lauderdale FL 33329 | W | 11/2000<br>Charge Account | | | | $ 3,961.00 |
| Account No.   5917<br><br>Creditor # : 15<br>American Express Blue<br>PO Box 297871<br>Fort Lauderdale FL 33329 | W | 12/2000<br>Collection Dep/Agency/Attorney | | | | $ 11,922.00 |
| Account No.   4834<br><br>Creditor # : 16<br>Anderson Excavation<br>c/o Rumson, Bolling & Associat<br>4570 Van Nuys Blvd., #331<br>Sherman Oaks CA 91403 | C | Defaulted Loan | X | | | $ 219,025.23 |
| Account No.   2542<br><br>Creditor # : 17<br>Ardleigh Elliot | W | 08/2011<br>Collection Dep/Agency/Attorney | | | | $ 48.00 |
| Account No.   4127<br><br>Creditor # : 18<br>Asset Acceptance<br>PO BOX 1630<br>Warren MI 48090 | W | 03/2010<br>Collection Dep/Agency/Attorney | | | | $ 7,368.00 |

Sheet No. _3_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 242,324.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  **Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne** ,     Case No. _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   3901<br>Creditor # : 19<br>Asset Acceptance<br>PO BOX 2036<br>Warren MI 48090 | | H | 02/2009<br>Debt Purchase | | | | $ 42,275.00 |
| Account No.   9835<br>Creditor # : 20<br>AWA Collections- Waste Srvc<br>Po Box 6605<br>Orange CA 92863 | | W | 11/2011<br>Utility Bills | | | | $ 91.00 |
| Account No.   9912<br>Creditor # : 21<br>Bank of America<br>PO Box 1598<br>Norfolk VA 23501 | | W | 01/2005<br>Charge Account | | | | $ 12,620.00 |
| Account No.   241<br>Creditor # : 22<br>Bank of America (Visa)<br>PO Box 1598<br>Norfolk VA 23501 | | W | 01/2005<br>Charge Account | | | | $ 12,620.00 |
| Account No.   0038<br>Creditor # : 23<br>Ca ACCTS SVC<br>PO Box 1622<br>El Cajon CA 92022 | | W | 04/2012<br>Medical Bills | | | | $ 90.00 |

Sheet No.  **4**  of  **12**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ___ $ 67,696.00

Total $ ___

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne** ,                 Case No. _____
      **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    8120<br>Creditor # : 24<br>CACH LLC<br>4340 S. Monaco Street<br>Unit 2<br>Denver CO 80237 | | W | 11/2008<br>Collection Dep/Agency/Attorney | | | | $ 4,714.00 |
| Account No.    1513<br>Creditor # : 25<br>Capital One<br>PO Box 30281<br>Salt Lake City UT 84130 | | C | 02/2012<br>Credit Card Purchases | | | | $ 159.00 |
| Account No.    0596<br>Creditor # : 26<br>Capital One<br>PO BOX 85520<br>Richmond VA 23285 | | W | 01/2011<br>Credit Card Purchases | | | | $ 293.00 |
| Account No.    0587<br>Creditor # : 27<br>Capital One<br>Po Box 5253<br>Carol Stream IL 60197 | | H | 03/2011<br>Credit Card Purchases | | | | $ 336.00 |
| Account No.    1454<br>Creditor # : 28<br>Cavalry Portfolio Serv<br>7 SKYLINE DR<br>Suite 3<br>Hawthorne NY 10532 | | H | 02/2011<br>Credit Card Purchases | | | | $ 1,675.00 |

Sheet No.   5   of   12  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                 $ 7,177.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ ,      Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1353 <br> Creditor # : 29 <br> Cavalry Portfolio Serv <br> 7 SKYLINE DR <br> Suite 3 <br> Hawthorne NY 10532 | H | 07/2009 <br> Debt Purchase | | | | $ 8,881.00 |
| Account No: 1454 <br> Creditor # : 30 <br> Cavalry Portfolio Serv <br> 7 SKYLINE DR <br> Suite 3 <br> Hawthorne NY 10532 | W | 02/2011 <br> Collection Dep/Agency/Attorney | | | | $ 1,693.00 |
| Account No: 1808 <br> Creditor # : 31 <br> Citi (Mastercard) <br> PO Box 6241 <br> Sioux Falls SD 57117 | H | 04/1942 <br> Credit Card Purchases | | | | $ 10,153.00 |
| Account No: 1496 <br> Creditor # : 32 <br> Citibank S. Dekota-Judgement <br> 701 East 60th Street <br> Sioux Falls SD 57104 | H | 07/2009 <br> Judgment | | | | $ 10,153.00 |
| Account No: 0005 <br> Creditor # : 33 <br> Discover Financial Services <br> PO Box 15316 <br> Wilmington DE 19850 | W | 12/1993 <br> Collection Dep/Agency/Attorney | | | | $ 2,728.00 |

Sheet No. _6_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 33,608.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ ,                    Case No._____
　　　　　　　　**Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    0001<br>Creditor # : 34<br>Discover Financial SVCS LLC<br>Po Box 15316<br>Wilmington DE 19850 | | W | 08/1996<br>Charge Account | | | | $ 6,267.00 |
| Account No.    0005<br>Creditor # : 35<br>Discover Financial SVCS LLC<br>Po Box 15316<br>Wilmington DE 19850 | | H | 12/1993<br>Credit Card Purchases | | | | $ 2,728.00 |
| Account No.    -VAP<br>Creditor # : 36<br>Fidelity and Deposit Co. MD<br>816 9th Avenue South<br>Kirkland WA 98033 | | C | 1/28/2010<br>Judgment | | | | $ 3,960,289.78 |
| Account No.    0027<br>Creditor # : 37<br>Fidelity Credit SVC<br>216 Louise Street<br>Glendale CA 91205 | | W | 07/2007<br>Collection Dep/Agency/Attorney | | | | $ 784.00 |
| Account No.    7656<br>Creditor # : 38<br>GECFI/Lending Inc<br>3355 Michelson Drive<br>Floor 2<br>Irvine CA 92612 | | H | 03/1998<br>Repossession- Motor Home | | | | $ 57,166.00 |

Sheet No.   7   of    12   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                   $ 4,027,234.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ ,          Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   6231 | | W | 02/2006 | | | | $ 7,340.00 |
| Creditor # : 39 GECRB/FUNANCING Po Box 981439 El Paso TX 79998 | | | Charge Account | | | | |
| Account No:   1179 | | W | 10/2011 | | | | $ 1,240.00 |
| Creditor # : 40 Herbert P Sears Co Inc. 2000 18th Street Bakersfield CA 93301 | | | Medical Bills | | | | |
| Account No:   3893 | | W | 05/2005 | | | | $ 30,042.00 |
| Creditor # : 41 Keybank USA - Boat 127 Public SQ Cleveland OH 44114 | | | Collection Dep/Repossession Boat | | | | |
| Account No:   289 | | H | 11/2011 | | | | $ 477.00 |
| Creditor # : 42 LHR Inc. 56 Main Street Hamburg NY 14075 | | | Credit Card Purchases | | | | |
| Account No:   3091 | | H | 05/2010 | | | | $ 30,460.00 |
| Creditor # : 43 LTD Financial Services 7322 Southwest Fwy, Suite 1 Houston TX 77074 | | | Debt Purchase | | | | |

Sheet No.   8   of   12   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 69,559.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  *Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne*  ,                    Case No. _____
              **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    3029 | | H | 10/2011 | | | | $ 894.00 |
| Creditor # : 44 LVNV Funding PO Box 740281 Houston TX 77274 | | | Collection Dep/Agency/Attorney | | | | |
| Account No.    5514 | | H | 02/2007 | | | | $ 3,501,247.00 |
| Creditor # : 45 Merrill Lynch Bus.- Judgment 350 South Grand Avenue Los Angeles CA 90071 | | | Judgment | | | | |
| Account No.    3561 | | H | 08/2010 | | | | $ 12,008.00 |
| Creditor # : 46 Midland Cr Management-Chase 8875 Aero Drive Suite 200 San Diego CA 92123 | | | Debt Purchase | | | | |
| Account No.    3901 | | W | 02/2011 | | | | $ 212.00 |
| Creditor # : 47 Midland Credit Management-Vrzn 8875 Aero Drive Suite 200 San Diego CA 92123 | | | Utility Bills | | | | |
| Account No.    3309 | | H | 11/2009 | | | | $ 5,129.00 |
| Creditor # : 48 Midland Funding LLC 8875 Aero Dr. suite 200 San Diego CA 92123 | | | Credit Card Purchases | | | | |

Sheet No.    9   of    12   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,519,490.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ ,      Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    3971 <br> Creditor # : 49 <br> Midland Funding LLC <br> 8875 Aero Dr. <br> suite 200 <br> San Diego CA 92123 | H | 05/2011 <br> Collection Dep/Agency/Attorney | | | | $ 1,408.00 |
| Account No.    2810 <br> Creditor # : 50 <br> Midland Funding LLC <br> 8875 Aero Dr. <br> suite 200 <br> San Diego CA 92123 | H | 07/2008 <br> Consumer Debt | | | | $ 9,358.00 |
| Account No.    3325 <br> Creditor # : 51 <br> Midland Funding LLC <br> 8875 Aero Dr. <br> suite 200 <br> San Diego CA 92123 | H | 11/2009 <br> Collection Dep/Agency/Attorney | | | | $ 1,014.00 |
| Account No.    2270 <br> Creditor # : 52 <br> NCO Financial Services/9 <br> 507 Prudential Road <br> Horsham PA 19044 | H | 11/2010 <br> Collection Dep/Agency/Attorney | | | | $ 403.00 |
| Account No.    3968 <br> Creditor # : 53 <br> NCO Financial Services/35 <br> Po Box 41726 <br> Philadelphia PA 19101-8088 | C | 12/2008 <br> Debt Purchase | | | | $ 1,566.00 |

Sheet No. __10__ of __12__ continuation sheets attached to Schedule of          Subtotal $      $ 13,749.00
Creditors Holding Unsecured Nonpriority Claims                                  Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_  ,          Case No. _____
                    **Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   68 <br> Creditor # : 54 <br> OCS Recovery Inc. <br> 109 South Main Street <br> Lake Elsinore CA 92530 | W | 07/2009 <br> Medical Bills | | | | $ 1,477.00 |
| Account No:   6294 <br> Creditor # : 55 <br> Paragon  Way Inc <br> 2101 West Ben White Blvd <br> Austin TX 78704 | C | 11/1995 <br> Charge Account | | | | $ 1,163.00 |
| Account No:   0901 <br> Creditor # : 56 <br> Professional Collection <br> PO Box 45274 <br> Los Angeles CA 90045 | H | 09/2009 <br> Credit Card Purchases | | | | $ 3,042.00 |
| Account No:   9227 <br> Creditor # : 57 <br> PSP MMS Realty Cap.-Judgemet <br> 44 s. Village Circle <br> Tampa FL 33606 | H | 09/2009 <br> Judgment | | | | $ 8,731,848.00 |
| Account No:   7228 <br> Creditor # : 58 <br> Citizens CAF <br> 480 Jefferson Blvd <br> Warwick RI 02886 | H | 04/2004 <br> Repossession- Motor Home | | | | $ 148,197.00 |

Sheet No.  _11_  of  _12_  continuation sheets attached to Schedule of                    Subtotal $      $ 8,885,727.00
Creditors Holding Unsecured Nonpriority Claims
                                                                                              Total $
                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_  ,            Case No. _____

                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No.**  *2360*<br>*Creditor # : 59*<br>*Southern California Edison Com*<br>*2131 Walnut Grove Ave.*<br>*Rosemead CA 91770* | | W | *08/1998*<br>*Collection Dep/Agency/Attorney* | | | | $ 659.00 |
| **Account No.**  *2542*<br>*Creditor # : 60*<br>*The Bradford EX* | | W | *08/2011*<br>*Collection Dep/Agency/Attorney* | | | | $ 48.00 |
| **Account No.**  *8*<br>*Creditor # : 61*<br>*United Portfolio Managment*<br>*1942 Lexington Avenue North*<br>*Suite #1*<br>*Saint Paul MN 55113* | | H | *01-10-2012*<br>*Consumer Debt* | | | | $ 33,914.00 |
| **Account No.**  *4686*<br>*Creditor # : 62*<br>*Value Recovery Group*<br>*919 Old Henderson Road*<br>*Columbus OH 43220* | | C | *Defaulted Loan* | | X | | $ 887,535.54 |
| Account No: | | | | | | | |

Sheet No.  _12_  of  _12_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 922,156.54

Total $    $ 17,824,520.55

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_____ / Debtor       Case No. _____

                                                                                                 (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne_ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re **Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne**    ,    Case No. _____

**Debtor(s)**    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Status:  **Married** | RELATIONSHIP(S):  *Son* | AGE(S):  *9* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Mortgage Loan Originator* | *Unemployed* |
| Name of Employer | *Visterra Credit Union* | |
| How Long Employed | *1 Year 6 months* | |
| Address of Employer | *PO Box 9500*  *Moreno Valley CA  92552* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ *4,691.00* | $ *0.00* |
| 2. Estimate monthly overtime | | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | | $ *4,691.00* | $ *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ *716.02* | $ *0.00* |
| b. Insurance | | $ *396.51* | $ *0.00* |
| c. Union dues | | $ *0.00* | $ *0.00* |
| d. Other (Specify):  *401K* | | $ *152.16* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ *1,264.69* | $ *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ *3,426.31* | $ *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ *0.00* | $ *0.00* |
| 8. Income from real property | | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | | $ *3,426.31* | $ *0.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals | | | |
| from line 15; if there is only one debtor repeat total reported on line 15) | | $ *3,426.31* | |
| | | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re *Rexroad, Gregory Raymond and Rexroad, Jennifer Leanne* ,        Case No. _____
                               **Debtor(s)**                                                    **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 500.00 |
|    a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|    b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|     b. Water and sewer | $ | 50.00 |
|     c. Telephone | $ | 165.00 |
|     d. Other  *Storage* | $ | 199.00 |
|     Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 450.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 30.00 |
| 8. Transportation (not including car payments) | $ | 700.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 20.00 |
|    d. Auto | $ | 200.00 |
|    e. Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 438.00 |
|    b. Other: | $ | 0.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|    Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 3,192.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 3,426.31 |
|    b. Average monthly expenses from Line 18 above | $ | 3,192.00 |
|    c. Monthly net income (a. minus b.) | $ | 234.31 |